# THE LAW OFFICES OF GERRY MCMAHON, LLC

*Special Education Attorneys Licensed in New York and Connecticut*

Gerry McMahon
www.attorneyspecialeducationctny.com

100 Mill Plain Road, Suite 301
Danbury, CT 06811

(203) 942-2430 Tel.

Two Overhill Road, Suite 400
Scarsdale, NY 10583

March 3, 2020

The Honorable Nelson S. Román
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

*Initial Pretrial Conf. adjourned from March 6, 2020 until March 13, 2020 at 10:00 am. Clerk of the Court requested to terminate the motion (doc.9).*

*Dated: Mar. 4, 2020*

**Sent via Facsimile to (914) 390-4179**

**SO ORDERED:**

RE:   KM et al v. Katonah-Lewisboro Union Free School District,
Case Number: 7:19-cv-09671-NSR
Initial Case Conference Scheduled March 6, 2020 at 10:10 a.m.
REQUEST FOR ADJOURNMENT / RESCHEDULE

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dear Judge Román,

        On behalf of the Plaintiffs, I respectfully request adjournment of the initial case conference in the referenced case and rescheduling to an alternate date due to a previously scheduled all day administrative hearing in Connecticut at which I am committed to attend as counsel for the Petitioners. This is the Plaintiffs' first such request.

        After conferring with and obtaining the consent of the Defendant's Counsel, Attorneys Daniel Petigrow and Stephen L. Banks, we offer the following mutually agreeable alternative Thursday / Friday dates: Thursday, March 12, Friday, March 13, Thursday, March 19, Friday, March 20.

Sincerely,

*Geraldine A McMahon*

Geraldine A. McMahon, Esq.
Attorney for Plaintiffs

GAM/ss

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2020