UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KM and SM, individually and on behalf of
IM, a minor,

                    Plaintiff,                    **ORDER**

      -against-                           19 Civ. 9671 (PMH)(JCM)

KATONAH-LEWISBORO UNION FREE
SCHOOL DISTRICT,

                    Defendant.
--------------------------------------------------------X

      The Office of State Review is requested to place a copy of the Certified Administrative Record in the care and custody of counsel for Defendant. Defendant's counsel shall then provide the Court with an electronic copy of the Certified Administrative Record, which shall be filed under seal in accordance with Standing Order 19 Misc. 583 and the Court's Electronic Case Filing Rules & Instructions. In addition, Defendant's counsel shall provide Judge McCarthy's Chambers with an unredacted courtesy copy of the Certified Administrative Record.

Dated:   April 21, 2020
            White Plains, New York

                                                     **SO ORDERED:**

                                            _____
                                            JUDITH C. McCARTHY
                                            United States Magistrate Judge