| | |
|---|---|
| **Subject:** | Administrative Case No. 506568 / KM et al v. KLUFSD, SDNY -- Letter to IHO Venezia |
| **Date:** | Friday, November 8, 2019 at 5:58:28 PM Eastern Standard Time |
| **From:** | Gerry McMahon |
| **To:** | Art Venezia, Daniel Petigrow |
| **CC:** | Tara Keegan, Patricia Johnson, Skylar Shaw, CL Dunn, Law Clerk |
| **Priority:** | High |
| **Attachments:** | 2019.11.08.KM.KLUFSD.Lt.Request.to.IHO.&.pp.19.24.pdf |

IHO Venezia and Attorney Petigrew,

Attached please find a letter request on behalf of my clients.

I have also FedExed a hard copy to IHO Venezia. Attorney Petigrew, please advise if you would like me to send a hard copy also.

Sincerely,

*Gerry McMahon*

-----------------------------------------------------------------------------------------------

**The Law Offices of Gerry McMahon, LLC**
203 942-2430 office
203 300-5078 fax
http://AttorneySpecialEducationCtNy.com
Licensed in New York and Connecticut

| **CONNECTICUT:** | **NEW YORK:** |
|---|---|
| 98 Mill Plain Road, Suite 3B | 2 Overhill Road, Suite 400 |
| Danbury, CT  06811 | Scarsdale, NY  10583 |

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE.  UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AT (203) 942-2430 AND DESTROY THIS TRANSMISSION.

Please consider the environment before printing this message and any attachments.

| | |
|---|---|
| **Subject:** | FW: Photos |
| **Date:** | Thursday, November 21, 2019 at 12:20:48 PM Eastern Standard Time |
| **From:** | Art Venezia |
| **To:** | Daniel Petigrow, Gerry McMahon |
| **Attachments:** | IMG_1699.JPG, Untitled attachment 00018.txt, IMG_1700.JPG, Untitled attachment 00021.txt, IMG_1701.JPG, Untitled attachment 00024.txt, IMG_1702.JPG, Untitled attachment 00027.txt, IMG_1703.JPG, Untitled attachment 00030.txt |

The following photos were taken by Arthur J. Venezia of the basement area near room L102 in the Katonah High School.

Image #1699 - Interior of Emergency Exit.

Image # 1700 -  Interior of Emergency Exit.

Image # 1701 - Interior of Emergency Exit.

Image #1702 - Hallway leading to Emergency Exit.

Image # 1703 - Hallway leading to Emergency Exit.

























More Info

General | **Exif** | TIFF

| | |
|---:|:---|
| Aperture Value | **2.275** |
| Brightness Value | **1.388** |
| Color Space | **sRGB** |
| Components Configuration | **1, 2, 3, 0** |
| Date Time Digitized | **Feb 12, 2018 at 1:37:17 PM** |
| Date Time Original | **Feb 12, 2018 at 1:37:17 PM** |
| Exif Version | **2.2.1** |
| Exposure Bias Value | **0** |
| Exposure Mode | **Auto exposure** |
| Exposure Program | **Normal program** |
| Exposure Time | **1/30** |
| Flash | **Off, did not fire** |
| FlashPix Version | **1.0** |
| FNumber | **2.2** |
| Focal Length | **4.15** |
| Focal Length In 35mm Film | **29** |
| ISO Speed Ratings | **200** |
| Lens Make | **Apple** |
| Lens Model | **iPhone 6 back camera 4.15mm f/2.2** |
| Lens Specification | **4.15, 4.15, 2.2, 2.2** |
| Metering Mode | **Pattern** |
| Pixel X Dimension | **3,264** |
| Pixel Y Dimension | **2,448** |
| Scene Capture Type | **Standard** |
| Scene Type | **A directly photographed image** |
| Sensing Method | **One-chip color area sensor** |
| Shutter Speed Value | **1/30** |
| Subject Area | **1,631, 1,223, 1,795, 1,077** |
| Sub-second Time Digitized | **247** |
| Sub-second Time Original | **247** |
| White Balance | **Auto white balance** |



| | |
|---|---|
| **Subject:** | FW: |
| **Date:** | Thursday, November 21, 2019 at 12:17:23 PM Eastern Standard Time |
| **From:** | Art Venezia |
| **To:** | Gerry McMahon, Daniel Petigrow |
| **Attachments:** | IMG_1724.JPG, Untitled attachment 00026.txt |

The following photo was taken by Arthur J. Venezia of the basement area near room L102 of the Katonah High School.

Image # 1724 - Hallway leading to interior door of Emergency Exit.



**Friday, May 22, 2020 at 16:17:30 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Photos 4/18 |
| **Date:** | Thursday, November 21, 2019 at 12:17:38 PM Eastern Standard Time |
| **From:** | Art Venezia |
| **To:** | Daniel Petigrow, Gerry McMahon |
| **Attachments:** | Untitled attachment 00036.txt, Untitled attachment 00039.txt, IMG_1725.JPG, Untitled attachment 00042.txt |

The photo shown below was taken by Arthur J. Venezia of the basement area of the Katonah High School near room L102.

Image #1725 -  Hallway leading to Emergency Exit.