UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KM and SM, individually and
on behalf of IM, a minor,

                                  Plaintiffs,                          19 **CIVIL** 9671 (PMH)

          -against-                                      **JUDGMENT**

KATONAH-LEWISBORO UNION FREE
SCHOOL DISTRICT,

                                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 11, 2021, and for the reasons indicated on the record and law cited therein, the Court DENIED Plaintiffs' motion for summary judgment (Doc. 38) and GRANTED Defendant's motion for summary judgment (Doc. 41). The decision of the SRO denying Plaintiffs' request for tuition reimbursement is affirmed, and Plaintiffs' Complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
          August 12, 2021

                                                                   **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                    **BY:**

                                                                       **Deputy Clerk**